UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Johana Colon, *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Kevin G. Johnson, *et al.*,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-888-TPB-TGW |

**DECLARATION OF RICHARD W. SIMMONS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Richard W. Simmons, declare and state as follows:

　　1.　　I am President of Analytics Consulting, LLC (hereinafter "Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. My company is one of the leading providers of class and collective action notice and claims management programs in the nation. Analytics' class action consulting practice, including the design and implementation of legal notice campaigns, is one of the oldest in the country. I have more than 34 years of experience developing and implementing class action communications and settlement programs, and have personally overseen court-ordered class and collective notice programs in more than 3,000 matters.

　　2.　　On and before July 10, 2024, Analytics mailed the Court-approved Notices to all 185 Class Members and established the Settlement Website and telephone support line as provided by the Settlement Agreement.

1

3. Prior to sending these Notices, Analytics cross-referenced Class Members' last known addresses with the United States Postal Service National Change of Address ("NCOA") Database. For any Settlement Notices that were returned, Analytics performed a skip trace in an attempt to ascertain a valid address for the Class Member in the absence of a forwarding address. As a result, the notice program was very effective. Out of 185 Settlement Notices that were mailed, none were ultimately undeliverable.

4. The Settlement Website, www.ADGESOPSettlement.com, included: (1) a "Frequently Asked Questions" page containing a clear summary of essential case information; (2) a "Home" page and "Important Dates" page, each containing clear notice of applicable deadlines; (3) a "Court Documents" page, which includes case and settlement documents for download (including the Complaint, the Settlement Agreement, Settlement Notices, Rollover Form, the Court's Preliminary Approval Order, Plaintiff's Motion for Approval of Attorneys' Fees, Costs, & Administrative Expenses and supporting declarations and exhibits); (4) contact information for Class Counsel and Defendants' Counsel; and (5) email, phone, and U.S. mail contact information for Analytics. In addition, Analytics created and maintained a toll-free telephone support line (1-877-883-4740) as a resource for Class Members seeking information about the Settlement. This telephone number was referenced in the Notices, and also appears on the settlement website.

5. Since mailing notices, Analytics has received 16 emails, 31 phone calls, and 28 rollover forms. It has not received any objections to the Settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2024

*[signature]*
Richard W. Simmons

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September, 2024, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Jennifer K. Lee
Jennifer K. Lee
