# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Johana Colon, et al.,

    Plaintiffs,

v.

Kevin G. Johnson, et al.,

    Defendants.

No. 8:22-cv-00888-TPB-TGW

## DECLARATION OF ROBERT W. RACHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, Robert W. Rachal, declare as follows:

1. I am an attorney at the law firm of Jackson Lewis P.C., counsel to Defendant GreatBanc Trust Co. ("GreatBanc") in the above-captioned matter.

2. I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, et seq. ("CAFA").

3. Attached hereto as Exhibit 1 is a true and correct copy of the letter sent pursuant to CAFA ("CAFA Notice") on April 3, 2024, to the United States Attorney General. See 28 U.S.C. § 1715(a)-(b). A substantially similar letter was sent to the Attorneys General for all United States and United States Territories. See 28 U.S.C. § 1715(b). The CAFA Notice was sent within ten days of the filing of Plaintiffs' Unopposed Motion for Preliminary Approval, which occurred on March 27, 2024.

4. The CAFA Notice provided the definition of the Settlement Class and a reasonable estimate of the number of class members in each state. Enclosed with the CAFA Notice was a CD-ROM containing electronic copies in PDF format of:

   i. Plaintiffs' Class Action Complaint; Plaintiffs' Amended Class Action Complaint; and Plaintiffs' Second Amended Class Action Complaint;

   ii. Plaintiffs' Unopposed Motion for Preliminary Approval; Declaration of Jennifer Lee in Support of Plaintiffs' Motion for Preliminary Approval; Exhibit A, Class Action Settlement Agreement; Exhibit B, CV of Ret. Judge Mark W. Bennett (N.D. Iowa); and Exhibit C, Engstrom Lee Firm Overview;

   iii. Declaration of Johana Colon in Support of Plaintiffs' Motion for Preliminary Approval; and Exhibit A, Duties of Class Representatives;

   iv. Declaration of Christine Rundberg in Support of Plaintiffs' Motion for Preliminary Approval; and Exhibit A, Duties of Class Representatives;

   v. Declaration of Anthony Womack in Support of Plaintiffs' Motion for Preliminary Approval; and Exhibit A, Duties of Class Representatives;

   vi. Declaration of Brandon J. Hill in Support of Plaintiffs' Motion for Preliminary Approval;

   vii. Declaration of Richard W. Simmons of Analytics Consulting LLC; and Exhibit A, CV of Richard W. Simmons;

viii. Supplemental Declaration of Jennifer Lee in Support of Plaintiffs' Motion for Preliminary Approval; and Exhibit A, Signature Page to Class Action Settlement Agreement for Counsel for Joshua A. Blacksten.

5. Based on the tracking numbers associated with the mailings, all CAFA notices were delivered.

6. Based on the foregoing, Defendants submit they have fully complied with CAFA and have satisfied all their obligations thereunder.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2024

*/s/ Robert W. Rachal*
ROBERT W. RACHAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September, 2024, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Jennifer K. Lee
Jennifer K. Lee